# Freshfields Bruckhaus Deringer US LLP

MILA GUDKOV
601 Lexington Avenue
31st Floor
New York, NY 10022
Tel +1 212 230 4638
Fax +1 212 477 4001
mila.gudkov@freshfields.com

November 21, 2013

**VIA ECF**

Chief Judge Gary L. Sharpe
James T. Foley - U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Jacoby et al v. Blitz USA, Inc.* (Case No. 1:11mc50, Underlying Case No.: 1:10-cv-3075, District of Oregon)

Dear Judge Sharpe:

We represent non-party Kinderhook Industries, LLC in the above captioned matter and write in response to your request for a status update docketed on June 4, 2013.

On May 31, 2011, Plaintiff Robert Jacoby served a Subpoena to Testify on non-party Kinderhook Industries, LLC with respect to *Jacoby et al v. Blitz USA, Inc.*, Case No.: 1:10-cv-3075, United States District Court for the District of Oregon. On June 17, 2011, Kinderhook Industries, LLC filed a Motion to Quash in this Court. [*See* Dkt. No. 1.] On November 20, 2013, Plaintiff agreed to withdraw the Subpoena without prejudice to his ability to re-file. Kinderhook Industries, LLC will therefore withdraw its Motion to Quash, reserving the right to renew the in the event that the Subpoena is re-filed.

Respectfully,

*Pamila Gudkov*
Pamila Gudkov

cc: Thomas N. Peterson, Esq. (via US Mail)
Diane Breneman, Esq. (via US Mail)
John Tippit, Esq. (via US Mail)

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf  Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Rome  Shanghai  Tokyo  Vienna  Washington